# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : : : | Consolidated Under MDL DOCKET NO. 875 |
| MAYNARD HERMAN, et al. v. AMETEK, INC., et al. | : : : : : | CIVIL ACTION NO. 17-1602 |

## **O R D E R**

**AND NOW**, this **28th** day of **June, 2017**, upon consideration of Plaintiffs' motion to remand to state court (ECF No. 33), and the responses thereto (ECF Nos. 51 & 52), it is hereby **ORDERED** that the motion is **GRANTED** and the case is **REMANDED** to the Court of Common Pleas of Philadelphia County.

It is hereby further **ORDERED** that the case associated with the above captioned civil action number shall be marked as **CLOSED**.

**AND IT IS SO ORDERED.**

/s Eduardo Robreno
**EDUARDO C. ROBRENO,    J.**